1901 Sixth Avenue North • Suite 1500 • P.O. Box 306 (35201) • Birmingham, AL 35203-4642    www.balch.com



June 16, 2017

<u>VIA CM/ECF</u>

The Honorable Lyle W. Cayce
U.S. Court of Appeals, Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**Re:   Unopposed Request for an Extension of Time for Filing of Appellees' Response Brief,** *United States, et al. v. Luminant Generation Co. LLC, et al.*, **Case No. 17-10235**

Dear Mr. Cayce:

  Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4, Defendant-Appellees Luminant Generation Company LLC and Big Brown Power Company LLC (collectively, "Luminant") respectfully file this letter requesting that the Court grant a 30-day extension of time for Luminant to file its response brief in this case. Because 30 days from the current due date for Luminant's brief falls on Saturday, August 12, 2017, Luminant's brief would be due Monday, August 14, 2017, under a 30-day extension. Fed. R. App. P. 26(a)(1)(C).

  This request is unopposed. Counsel for Luminant has conferred with counsel for the United States and Sierra Club regarding this request, pursuant to Fifth Circuit Rule 27.4, who have represented to the undersigned counsel that the United States and Sierra Club do not oppose the requested extension until August 14, 2017.

  This request is made for good cause and is in the interest of justice and not for delay. This case involves two consolidated appeals by the United States and Sierra Club of the final judgment in favor of Luminant entered by the District Court for the Northern District of Texas in Case No. 3-13-cv-3236. Doc. 00513892560. The United States' and Sierra Club's appeals were docketed in this Court on March 1, 2017, Docs. 00513892560 & 00513892704, and the Record on Appeal was filed on March 30, 2017. Thereafter, the Court directed the United States' and Sierra Club's opening briefs be due May 9, 2017.

Both the United States and Sierra Club have sought, and were granted, extensions for their opening briefs comparable to the extension requested by Luminant here. On April 19, 2017, the United States and Sierra Club moved this Court to extend the deadlines for their opening briefs for 28 and 35 days, respectively. Doc. 00513959803. The Court granted the motion, and the United States and Sierra Club's briefs were due June 6, 2017, and June 13, 2017, respectively. Doc. 0051396770.

The extension requested by Luminant here is warranted for several reasons. Specifically, additional time is needed so that Luminant may thoughtfully and efficiently respond to two full-length briefs in a single 13,000-word response brief. Thus, the extension is in the interest of judicial economy. Further, additional time is needed to properly address the numerous important issues of law raised by the United States and Sierra Club in their two separate briefs.

For these reasons, Luminant respectfully requests an extension of time until August 14, 2017, by which to file its response brief.

Respectfully submitted,

s/ P. Stephen Gidiere III
*Counsel for Luminant*

## **CERTIFICATE OF COMPLIANCE**

      The undersigned counsel states that this document complies with Fed. R. App. P. 27(d)(2)(A) because it contains 414 words, excluding the parts exempted by Fed. R. App. P. 32(f). This document complies with typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Garamond font.

Dated: June 16, 2017

                                             s/ P. Stephen Gidiere III
                                             P. Stephen Gidiere III

                                             *Counsel for Luminant*

## **CERTIFICATE OF COMPLIANCE WITH ECF FILING STANDARDS**

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made pursuant to 5th Cir. R. 25.2.13;
(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;
(3) the digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, Trend Micro OfficeScan, Version 9.6.6400, and according to the program is free of viruses.

Dated: June 16, 2017

        s/ P. Stephen Gidiere III
        P. Stephen Gidiere III

        *Counsel for Luminant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2017, a copy of the foregoing document was served electronically through the Court's CM/ECF system on all registered counsel.

s/ P. Stephen Gidiere III
P. Stephen Gidiere III

*Counsel for Luminant*
