No. 17-10235

# IN THE UNITED STATES COURT
# OF APPEALS FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellant,*

SIERRA CLUB,
*Intervenor Plaintiff-Appellant,*

*v.*

LUMINANT GENERATION COMPANY, L.L.C.,
BIG BROWN POWER COMPANY, L.L.C.,
*Defendants-Appellees.*

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONSE
## TO PETITION FOR REHEARING EN BANC

Intervenor Plaintiff-Appellant Sierra Club respectfully moves this Court to

extend the deadline for its response to Defendant-Appellee Luminant Generation

Company, L.L.C. and Big Brown Power Company, L.L.C.'s petition for rehearing *en*

*banc*, so as to maintain a uniform response deadline with the United States. This is

Sierra Club's second request for an extension of time for the response.

Responses to Defendant-Appellant's petition for rehearing are currently due on

January 11, 2019. Due to the lapse in government funding for the Department of

Justice and the U.S. Environmental Protection Agency, the United States filed an

unopposed motion to extend the due date for the response to January 25, 2019, an

extension of 14 days.  The United States' motion for an extension sets out good cause

and a substantial need for an extension due to the government shutdown. Sierra Club

respectfully joins that request, so that the briefing deadlines in this case proceed on

parallel tracks.  A brief extension will also allow Sierra Club to coordinate with the

United States, to the extent possible, so as to avoid duplicative arguments. In light of

the lapse of government appropriations and the inability of government employees to

perform any work, Sierra Club is unable to coordinate with counsel for the United

States.  Accordingly, Sierra Club respectfully requests to extend the deadline of any

responses to the petition for rehearing to January 25, 2019.

     This motion is unopposed.

                         Respectfully submitted,

                         /s/Joshua Smith
                         Joshua D. Smith
                         Sierra Club
                         2101 Webster Street, Suite 1300
                         Oakland, CA 94612
                         (415) 977-5560
                         joshua.smith@sierraclub.org
                         *Counsel for Sierra Club*

Dated: January 3, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2019, I electronically filed the foregoing

motion with the Clerk of the Court for the United States Court of Appeals for the

Fifth Circuit by using the appellate CM/ECF system.  All participants in the case are

represented by a registered CM/ECF users, and they will be served by the appellate

CM/ECF system.

/s/ Joshua D. Smith
Joshua D. Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415)977-5560
joshua.smith@sierraclub.org
*Counsel for Sierra Club*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d) and 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

I further certify that this motion, including the attached declaration, complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 827 words.

I further certify that required privacy redactions have been made, the electronic submission is an exact copy of the paper document, and the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

/s/ Joshua D. Smith
Joshua D. Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415)977-5560
joshua.smith@sierraclub.org
*Counsel for Sierra Club*