# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 17-10235
_____



UNITED STATES OF AMERICA,

        Plaintiff - Appellant

SIERRA CLUB,

        Intervenor Plaintiff - Appellant

v.

LUMINANT GENERATION COMPANY, L.L.C.; BIG BROWN POWER
COMPANY, L.L.C.,

        Defendants - Appellees

**A True Copy**
**Certified order issued Aug 09, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeals from the United States District Court
for the Northern District of Texas
_____

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeals are dismissed as of August 09, 2019, pursuant to appellants' motion.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                        Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT